UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WALKER, | |
| Plaintiff, | Case No. 2:16-cv-01252-APG-NJK |
| vs. | ORDER |
| NORTH LAS VEGAS POLICE, et al., | |
| Defendants. | |

On July 21, 2016, an order mailed to Plaintiff Robert Walker was returned to the Court as undeliverable. Docket No. 4. It appears to the Court, however, as if Plaintiff attempted to update his address, but the docket has not yet been changed to reflect that update. Plaintiff's updated address should read: Rober Walker, #66196, P.O. Box 174, Moapa, NV 89025. *See* Docket No. 3-1 at 1.

Accordingly, the Court **INSTRUCTS** the Clerk's Office to update Plaintiff's address, and to resend the orders at Docket No. 3 to Plaintiff at the updated address.

IT IS SO ORDERED.

DATED: July 25, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge