# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT WALKER, | ) | Case No. 2:16-cv-01252-APG-NJK |
| Plaintiff(s), | ) | REPORT AND |
| | ) | RECOMMENDATION |
| vs. | ) | |
| NORTH LAS VEGAS POLICE, et al., | ) | |
| Defendant(s). | ) | |

On June 6, 2016, Plaintiff filed an application for leave to proceed *in forma pauperis*. Docket No. 1. On June 14, 2016, the Court denied Plaintiff's application without prejudice because it was incomplete. Docket No. 2 at 1. The Court ordered Plaintiff to either pay the filing fee or file a properly completed application no later than July 14, 2016. *Id.* at 2. The Clerk's Office was unable to deliver the Court's order to Plaintiff at first, but succeeded in mailing it to him on July 25, 2016. Docket Nos. 4, 5. By October 4, 2016, Plaintiff still had not complied with the order. *See* Docket No. 6. The Court therefore ordered Plaintiff to show cause in writing, no later than November 1, 2016, why the undersigned should not recommend dismissal of his case. *See id.* To date, Plaintiff has not complied with the Court's Order to Show Cause. *See* Docket.

Accordingly, it is **RECOMMENDED** that this case be dismissed without prejudice. *See* Fed. R. Civ. P. 16(f); *see also* LR IA 11-8(d). The Court further **INSTRUCTS** the Clerk's Office to mail Plaintiff a copy of this order.

IT IS SO ORDERED.

DATED: November 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge