UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH LAS VEGAS POLICE, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-01252-APG-NJK<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(DKT. NO. 7) |

On November 3, 2016, Magistrate Judge Koppe entered a report and recommendation that I dismiss this action without prejudice because plaintiff Robert Walker has not complied with court orders regarding his incomplete application for leave to proceed in forma pauperis. ECF No. 7. Walker did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). Judge Koppe sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 7) is accepted** and this action is dismissed without prejudice.

DATED this 6th day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE